## *Michael Faillace & Associates, P.C.*

60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

Galeana                                        February 9, 2018

|  |  |
|---|---|
| File #: | Blondies |
| Inv #: | Sample |

**Attention:**

RE: Galeana Placido et al v. PJJK Restaurant Corp. et al: 17-cv-05319

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jul-05-17 | Consultation Fee - Initial Consultation with Luis Lopez and Raymundo Alberto Galeana | 1.00 | 450.00 | MF |
|  | Initial consultation with MF | 0.50 | 225.00 | MF |
| Jul-11-17 | Consultation Fee - Initial Consultation with Placido Alberto Galeana | 0.50 | 225.00 | MF |
| Jul-12-17 | Drafting Complaint | 2.00 | 900.00 | MF |
| Jul-13-17 | Finalizing and reviewing complaint | 1.30 | 585.00 | MF |
| Aug-07-17 | Drafted and filed Extension Mats, discussed with Ds | 0.50 | 187.50 | SC |
| Sep-13-17 | Conference with Ds | 1.00 | 375.00 | SC |
| Sep-18-17 | Drafted letter, conferred with Ds | 0.50 | 187.50 | SC |
| Sep-19-17 | Discussed with Ds | 0.25 | 93.75 | SC |
| Oct-06-17 | Review documents | 1.00 | 375.00 | SC |
| Oct-18-17 | Review documents | 0.50 | 187.50 | SC |
| Oct-23-17 | Correspondence to Ds | 0.25 | 93.75 | SC |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Oct-24-17 | Correspondence to Crt | 0.25 | 93.75 | SC |
| Oct-27-17 | Meeting with Ds | 1.00 | 375.00 | SC |
| Dec-05-17 | Meeting with Clients | 1.25 | 468.75 | SC |
| Dec-19-17 | Meeting with Ds settlement | 1.00 | 375.00 | SC |
| Dec-22-17 | Correspondence to Ds settlement | 0.50 | 187.50 | SC |
| Jan-02-18 | Correspondence to Ds | 0.25 | 93.75 | SC |
| Jan-10-18 | Correspondence to Ds | 0.15 | 56.25 | SC |
| Jan-22-18 | Drafted Agreement | 0.75 | 281.25 | SC |
| Feb-08-18 | Drafted fairness | 0.50 | 187.50 | SC |
| | Totals | 14.95 | $6,003.75 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| | Filing Fee | 400.00 |
| Jul-17-17 | Process Server | 68.00 |
| Jul-19-17 | Process Server | 45.00 |
| | Process Server | 45.00 |
| | Process Server | 45.00 |
| | Totals | $603.00 |

**Total Fee & Disbursements**                                           $6,606.75

**Balance Now Due**                                                     $6,606.75