USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/16/2018__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ALBERTO GALEANA PLACIDO, LUIS LOPEZ
ROJAS, and RAYMUNDO ALBERTO GALEANA,
*individually and on behalf of others similarly situated,*

                               *Plaintiffs,*

           -against-

PJJK RESTAURANT CORP. (d/b/a BLONDIES),
JOSEPH MCKENNA, PATRICIA MCGREEVEY,
AND JILL HOMORODEAN

                             *Defendants.*

-----------------------------------------------------------X

17-cv-5319 (GHW)

**STIPULATION OF DISMISSAL**

## STIPULATION OF DISMISSAL

Plaintiffs hereby gives notice that they voluntarily dismiss all claims asserted against

Defendants PJJK Restaurant Corp., Patricia McGreevey, and Jill Homorodean in this action,

pursuant to Fed. R .Civ. P. 41(a)(1)(A)(ii). Such dismissal is with prejudice and without costs.

Plaintiff's Counsel

_____
Shawn R. Clark
Michael Faillace & Associates,
P.C.
60 E 42nd Street, Suite 4510
New York, NY 10165

Defendants

_____
Jill Homorodean
Chief Executive Officer of PJJK
Restaurant Corp.
Blondies
212 W.79th Street
New York, New York 10024

_____
Patricia McGreevey
Blondies
212 W.79th Street
New York, New York 10024

For the reasons stated on the record during the hearing held on February 20, 2018, the Court finds the parties' proposed settlement to be fair and reasonable. Accordingly, the Court approves the parties' stipulated dismissal with prejudice pursuant to Rule 41(a)(2). The Clerk of Court is directed to close this case.
SO ORDERED.

Dated: April 15, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge